# United States District Court

AO 245D (Rev. 09/11)
Sheet 1- Judgment in a Criminal Case for Revocations

**Eastern District of Missouri**

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| v. | (For **Revocation** of Probation or Supervised Release) |
| Vernon McCrary | Case Number: 4:02CR00179JCH |
| "AMENDED" | USM Number: 01333-190 |
| | Sean Vicente |
| | Defendant's Attorney |

THE DEFENDANT:

☒ admitted guilt to violation of conditions(s)  #1,2,3,6 and special (2)  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| Standard Condition #1 | The defendant shall not leave the judicial district without the permission of the court or probation officer. | January 30, 2012 |
| Standard Condition #2 | The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer. | February 28, 2012 |
| Standard Condition #3 | The defendant shall answer truthfully all inquires by the probation officer and follow the instructions of the probation officer. | February 28, 2012 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. NO.: 4632

Defendant's Date of Birth: 12/8/48

March 6, 2012 (amended March 8, 2012)
Date of Imposition of Judgment

_Jean C Hamilton_ (signature)
Signature Judge

Jean C. Hamilton
United States District Judge
Name and Title of Judge

March 8, 2012
Date

Record No.: 87

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard Condition #6 | The defendant shall notify the probation officer ten days prior to any change in residence or employment. | February 28, 2012 |
| Special Condition: | The defendant shall participate in a drug or alcohol abuse treatment program approved by the probation office, which may include substance abuse testing, counseling, Residential Re-entry Center placement, residential or inpatient treatment   The defendant shall pay for the costs associated with substance abuse services based on a co-payment fee established by the probation office. | February 28, 2012 |
| Special Condition: | The defendant shall participate in a mental health program approved by the probation office. The defendant shall pay for the costs associated with services provided based on a co-payment fee established by the probation office. | February 28, 2012 |

DEFENDANT: "AMENDED"
CASE NUMBER: 4:02CR00179JCH
District: Eastern District of Missouri

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  8 months

This term consists a term of 8 months on Count 1 of docket 4:02CR00179 JCH, and Count 1 of docket 4:11CR00048, with both terms to run concurrently.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ a.m./pm on _____
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____
  ☐ as notified by the United States Marshal
  ☐ as notified by the Probation or Pretrial Services Office

## MARSHALS RETURN MADE ON SEPARATE PAGE



DEFENDANT: Vernon McCrary "AMENDED"
CASE NUMBER: 4:02CR00179JCH
USM Number: _____

# UNITED STATES MARSHAL
## RETURN OF JUDGMENT IN A CRIMINAL CASE

I have executed this judgment as follows:

_____
_____

The Defendant was delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

☐ The Defendant was released on _____ to _____ Probation

☐ The Defendant was released on _____ to _____ Supervised Release

☐ and a Fine of _____ ☐ and Restitution in the amount of _____

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal

I certify and Return that on _____, I took custody of _____

at _____ and delivered same to _____

on _____ F.F.T. _____

U.S. MARSHAL E/MO

By DUSM _____